James A. BECK, Sr., Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 2007–3328.

United States Court of Appeals,
Federal Circuit.

Nov. 9, 2007.

James A. Beck, Sr., pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Demetrius W. PALMER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
Respondent.

No. 2008–3001.

United States Court of Appeals,
Federal Circuit.

Nov. 9, 2007.

Demetrius W. Palmer, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Philip BURG, Petitioner,**

v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
Respondent.

No. 2008–3004.

United States Court of Appeals,
Federal Circuit.

Nov. 9, 2007.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Mark J. DOYLE, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2007–3326.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2007.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is ·

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Treva R. WOODS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2007–3236.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2007.

Treva R. Woods, of Memphis, TN, pro se.

Steven M. Mager, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director.

Before MAYER, DYK and PROST, Circuit Judges. ·

PER CURIAM.

Treva R. Woods appeals the decision of the Merit Systems Protection Board dismissing her appeal. *Treva R. Woods v. U.S. Postal Serv.*, AT–0752–07–0160–I–1 (MSPB Feb. 13, 2007). We *affirm*.

This court may only reverse the board's decision if it is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; obtained without procedures required by law, rule or regulation; or unsupported by substantial evidence. *See* 5 U.S.C. § 7703(c). We find no error in the board's dismissal of Woods' appeal because, in a submission dated Feb-